**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 618 MAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
ZACHARY COMFORT, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.